UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN R. WITHROW,<br><br>        Plaintiff,<br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | ) No. CV 13-1959-AS<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

    IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 5, 2015.

                                           ____/s/_____
                                           ALKA SAGAR
                                           UNITED STATES MAGISTRATE JUDGE